UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IT'S A NEW 10, LLC, a Florida Limited Liability Company,<br><br>       Plaintiff,<br>v.<br><br>HARMON STORES, INC., A Delaware Corporation and BED, BATH & BEYOND, a New York Corporation,<br><br>       Defendants. | **ECF CASE**<br><br>Civil Action No.: 17-cv-4231<br><br>District Judge: J. Paul Oetken |

**DECLARATION OF CHARLES P. KENNEDY
IN SUPPORT OF DEFENDANTS' BRIEF IN OPPOSITION TO
<u>PLAINTIFF'S ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION</u>**

  I, CHARLES P. KENNEDY, declare as follows:

  1.  I am a Partner in the firm of Lerner, David, Littenberg, Krumholtz & Mentlik LLP, attorneys for the defendants Harmon Stores, Inc. and Bed Bath & Beyond in this pending action. I make this declaration for purposes of identifying photographs of products to be submitted as exhibits on this motion.

  2.  Attached as Exhibit A is a true and accurate photograph of Plaintiff's It's a 10 miracle leave-in plus keratin product in the 10 oz. container.

  3.  Attached as Exhibit B is a true and accurate photograph showing Plaintiff's It's a 10 miracle leave-in plus keratin product in the 10 oz. container and Defendants' Harmon Face Values leave-in conditioner.

  4.  Attached as Exhibit C is a photograph of additional products from plaintiff's line of It's a 10 haircare products.

I declare under penalty of perjury that the foregoing is true and correct and that statements made based on information and belief are believed to be true and correct.

Dated: June 23, 2017        By: _____
                                Charles P. Kennedy

# EXHIBIT A



# EXHIBIT B




# EXHIBIT C

