UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IT'S A NEW 10, LLC, | : |
| | : **ECF CASE** |
| Plaintiff, | : |
| v. | : Civil Action No.: 17-cv-4231 |
| | : |
| HARMON STORES, INC., and | : District Judge: J. Paul Oetken |
| BED BATH & BEYOND INC., | : |
| | : |
| Defendants. | : |
| | x |

**RULE 7.1 DISCLOSURE STATEMENT**
**OF DEFENDANT HARMON STORES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Harmon Stores, Inc. makes the following disclosure:

1. Harmon Stores, Inc. is a wholly-owned subsidiary of its parent corporation, Bed Bath & Beyond Inc.

2. Except for this corporate parent, no other publicly held corporation owns 10% or more of the stock of Harmon Stores, Inc.

    Respectfully submitted,

    LERNER, DAVID, LITTENBERG,
     KRUMHOLZ & MENTLIK, LLP
    *Attorneys for Defendants Harmon Stores, Inc. and*
    *Bed Bath & Beyond, Inc.*

Dated: June 27, 2017    By:   s/Charles P. Kennedy
          Charles P. Kennedy
          Tel: 908.654.5000
          E-mail: ckennedy@lernerdavid.com
              litigation@lernerdavid.com