UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IT'S A NEW 10, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARMON STORES, INC., and<br>BED BATH & BEYOND INC.,<br><br>　　　　　　Defendants. | : **ECF CASE**<br>:<br>: Civil Action No.: 17-cv-4231<br>:<br>: District Judge: J. Paul Oetken<br>: |

## RULE 7.1 DISCLOSURE STATEMENT
## OF DEFENDANT BED BATH & BEYOND INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Bed Bath & Beyond Inc. makes the following disclosure:

1. Bed Bath & Beyond Inc. is a publicly held corporation or other publicly held entity.

2. Bed Bath & Beyond Inc. has no parent corporation.

3. No publicly held corporation or publicly held entity owns 10% or more of the stock of Bed Bath & Beyond Inc.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LERNER, DAVID, LITTENBERG,
　　　　　　　　　　　　　　　　　　　　　　KRUMHOLZ & MENTLIK, LLP
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Harmon Stores, Inc. and*
　　　　　　　　　　　　　　　　　　　　　*Bed Bath & Beyond Inc.*

Dated: June 27, 2017　　　　　By:　　s/Charles P. Kennedy　　　　
　　　　　　　　　　　　　　　　　　　　　Charles P. Kennedy
　　　　　　　　　　　　　　　　　　　　　Tel: 908.654.5000
　　　　　　　　　　　　　　　　　　　　　E-mail: ckennedy@lernerdavid.com
　　　　　　　　　　　　　　　　　　　　　　　　　litigation@lernerdavid.com